1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOHN LEWIS,<br><br>             Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO.: 1:23-cv-01434-GSA<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION**<br><br>(Doc. 5) |

Counsel Meredith E. Marcus paid the appropriate filing fee, moved to appear *pro hac vice* pursuant to Local Rule 180(b)(2) and certified compliance therewith, including a certificate of good standing in counsel's jurisdiction of admission and one *pro hac vice* application in this court in the past year.

Accordingly, it is **ORDERED** that the application to appear *pro hac vice* is **GRANTED** and counsel is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated: __**October 10, 2023**__              __/s/ Gary S. Austin__
                                                                  UNITED STATES MAGISTRATE JUDGE