**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY J. LEWIS,<br><br>           Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:23-cv-01434-GSA<br><br>ORDER SETTING DEFENDANT'S MSJ RESPONSE DEADLINE AND TERMINATING MOTIONS AS MOOT<br><br>(Doc. 15, 17) |

Defendant's MSJ response deadline is 30 days from the date of this order. The motions to strike (Doc. 15) and for clarification (Doc. 17) are terminated as moot.

IT IS SO ORDERED.

Dated:  **February 21, 2024**                    **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE