# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. LEWIS,<br><br>     Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security,<br><br>     Defendant. | 1:23-cv-01434-GSA<br><br>**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT**<br><br>**(Doc. 14)** |

As stipulated[1] (Doc. 19), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four.  On remand, the Commissioner will further develop the record as necessary and issue a new decision.

Judgment is **directed** for Plaintiff.[2]

IT IS SO ORDERED.

Dated:    **March 15, 2024**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] The proposed order (Doc. 19 at 2) references "for cause shown" as an additional basis for remand.  However, no cause has been shown and no cause needs to be shown for the remand other than the parties' stipulation.  That language suggests the Court has reviewed the merits of the case, which is not accurate.

[2] In the stipulation, the parties requested the Court to direct entry of judgment for Plaintiff, yet omitted that language from the proposed order.