# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. LEWIS,<br>    Plaintiff,<br>v.<br>Commissioner of Social Security,<br>    Defendant. | 1:23-cv-01434-GSA<br><br>**ORDER FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Pursuant to the parties' stipulation, the Court awards Plaintiff attorney fees in the amount of $7,800.00. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under Astrue v. Ratliff, 130 S. Ct. 2521 (2010). Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, Meredith E. Marcus, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel and may be made by electronic fund transfer (EFT) or by check.

IT IS SO ORDERED.

Dated:  **May 12, 2025**           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE